UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO:  8:07-cv-01690-T-17-TGW

| | |
|---|---|
| OWEN  CLARKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SE INDEPENDENT DELIVERY | ) |
| SERVICES, INC., a Florida corporation, | ) |
| | ) |
| Defendant. | ) |
| | / |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, OWEN CLARKE, and Defendant, SE INDEPENDENT DELIVERY

SERVICES, INC., through their respective undersigned counsel, and pursuant to the agreement

reached by and between them, hereby stipulate to the immediate dismissal with prejudice of this

action, in its entirety, with Plaintiff OWEN CLARKE and Defendant SE INDEPENDENT

DELIVERY SERVICES, INC., to bear their own attorneys fees and costs as and to each other.

| | |
|---|---|
| **SHANKMAN, LEONE & WESTERMAN, P.A.** | **AKERMAN SENTERFITT** |
| 609 E. Jackson Street, Suite 100 | Las Olas Centre II, Suite 1600 |
| Tampa, Florida  33602 | 350 East Las Olas Boulevard |
| Telephone:  (813) 223-1099 | Fort Lauderdale, Florida  33301-2229 |
| Facsimile:  (813) 223-1055 | Telephone:  (954) 463-2700 |
| | Facsimile:  (954) 463-2224 |
| | |
| By:   /s/ Matthew D. Westerman | By:   /s/ Debra M. Leder |
| Matthew D. Westerman, Esquire | Debra M. Leder |
| Florida Bar No. 0175404 | Florida Bar No. 0992161 |
| E-mail:  mwesterman@slw-law.com | debra.leder@akerman.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Owen Clarke* | *SE Independent Delivery Services, Inc.* |
| | |
| Dated: <u>March 20, 2008</u> | Dated: <u>March 20, 2008</u> |

{FT460302;1}

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO:  8:07-cv-01690-T-17-TGW

OWEN  CLARKE,                                             )
                                                                      )
      Plaintiff,                                           )
                                                                      )
vs.                                                                   )
                                                                      )
SE INDEPENDENT DELIVERY                      )
SERVICES, INC., a Florida corporation,           )
                                                                      )
      Defendant.                                         )
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court upon the parties' Joint Stipulation for

Dismissal With Prejudice of the parties, and the Court having reviewed said Stipulation and the

record in this cause, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the parties' Joint Stipulation for Dismissal with

Prejudice is APPROVED.  Accordingly, this action shall be DISMISSED WITH PREJUDICE.

The parties shall bear their own respective costs and attorneys' fees in this action.  All pending

motions, if any, as and to Plaintiff and Defendant are DENIED AS MOOT, and this case is

CLOSED.

DONE AND ORDERED in Chambers in Tampa, Pinellas County, on this _____ day of

_____, 2008.


_____
HONORABLE JUDGE ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Matthew D. Westerman, Esquire, SHANKMAN, LEONE & WESTERMAN, P.A., *Attorneys for Plaintiff*, Owen Clarke, 609 E. Jackson Street, Suite 100, Tampa, Florida  33602; Telephone: (813) 223-1099; Facsimile:  (813) 223-1055; and

Debra M. Leder, Esquire, Akerman Senterfitt, *Counsel for Defendant, SE Independent Delivery Services, Inc., Las Olas Centre, Suite 1600,* 350 East Las Olas Boulevard, Fort Lauderdale, Florida  33301; Telephone: (954) 463-2700; Facsimile:  (954) 463-2224.

{FT460302;1}